STATE OF NEW JERSEY v. NICHOLAS COMO.

January 12, 1988.

Petition for certification denied.

CITY OF JERSEY CITY v. ROOSEVELT MARINA, INC.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MAXWELL MELVINS.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HAAS.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PARRIS WILLIAMS.

January 12, 1988.

Petition for certification denied.